JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL E. ERMITANO, | ) | NO. EDCV 10-1698-JFW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: November 17, 2010.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE